# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,   Crim. No. 13-22 (PJS/JJK)

    Plaintiff,

v.

                                **ORDER**

David Judin Greer,

    Defendant.

---

Clifford B. Wardlaw, Esq., Assistant United States Attorney, counsel for Plaintiff.

James S. Becker, Esq., Assistant Federal Public Defender, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 26, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant's Motion to Suppress the Fruits of an Unlawful Search and Arrest (Doc. No. 23), is **DENIED**; and

2. Defendant's Motion to Suppress Statements (Doc. No. 24), be **DENIED**.


Date: 04/12/13

                                                  s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge